<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAPTAIN ADEKUNLE KUKU,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTINE OLUSHOLA, *et al.*,<br><br>Defendants. | Civil Action No. 20-4370 (SDW) (LDW)<br><br>**ORDER**<br><br>February 10, 2021 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda D. Wettre's ("Judge Wettre") Report and Recommendation (D.E. 20, "R&R"), dated January 25, 2021, which recommends that *pro se* Plaintiff Adekunle Kuku's ("Plaintiff") Motion for Leave to File an Amended Complaint (D.E. 19) be denied. Plaintiff filed objections to the R&R on February 8, 2021. (D.E. 21.) This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that Judge Wettre's R&R is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                /s/ Susan D. Wigenton
                                        **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
        Magistrate Judge Wettre